IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shane P May,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CODAC Behavioral Health Services, et al.,<br><br>　　　　　Defendants. | No. CV-25-00232-TUC-JGZ (EJM)<br><br>**ORDER** |

　　　　On July 23, 2025, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court grant Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs and dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and failure to state a claim. (Doc. 10.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

　　　　If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

　　　　The Court has reviewed Judge Markovich's R&R and Plaintiff's filings. The Court agrees with Judge Markovich's conclusion that Plaintiff's Complaint should be dismissed

with leave to amend.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 10) is **accepted and adopted in full.**

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. 1) is **dismissed with leave to amend**. Plaintiff must file an Amended Complaint within thirty (30) days of the date of this Order, **October 2, 2025**. If an Amended Complaint is not filed by the deadline, the Clerk of Court must close its file in this action without further notice to Plaintiff.

Dated this 3rd day of September, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge